STATE of Missouri, Plaintiff/Respondent,

v.

William F. ROWE, Jr.,
Defendant/Appellant.

William F. ROWE, Jr., Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 66214, 68186.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 21, 1995.

David Simpson, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL, J., and RONNIE L. WHITE, Special Judge.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of one count of first degree robbery, § 569.020, RSMo 1986, and one count of armed criminal action, § 571.015, RSMo 1986. The court sentenced defendant as a class X offender to concurrent prison terms of eighteen years on each count. Defendant also appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).